**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| IMPERIA TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Mark A. Barnett, Chief Judge <br><br> Court No. 15-00142 |

**ORDER**

On consideration of Plaintiff's Motion to Stay Briefing on Rule 56 Motion Pending Resolution of Federal Circuit Appeal ("Motion to Stay"), ECF No. 64, and upon consideration of other papers and proceedings herein, the court is not persuaded that the outcome of the appeal in *Meyer Corp., U.S. v. United States*, Court of Appeals Docket No. 21-1932, will necessarily be determinative in this case. Accordingly, it is **ORDERED** that Plaintiff's Motion to Stay be, and is hereby, **DENIED**.

Plaintiff is afforded to June 4, 2021, to file its reply in support of its motion for summary judgment and responses to Defendant's cross-motion for summary judgment and Defendant's motion to dismiss. Defendant's replies in support of its cross-motion for summary judgment and motion to dismiss are due by June 25, 2021. Parties are to

abide by these extended deadlines.  The court will not grant any further extensions except upon a showing of extraordinary circumstances or to prevent manifest injustice.

/s/     Mark A. Barnett
Chief Judge

Dated: June 3, 2021
          New York, New York