UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

---------------------------------------------------------------------- X
IMPERIA TRADING, INC., :
:
    Plaintiff, :
: Court No. 15-00142
    v. :
:
UNITED STATES OF AMERICA, :
:
    Defendant. :
---------------------------------------------------------------------- X

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action with prejudice.

Respectfully submitted,

/s/ John M. Peterson
John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212)-635-2730
jpeterson@npwny.com
*Counsel for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Beverly A. Farrell
BEVERLY A. FARRELL
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-9230
*Attorneys for Defendant*

Dated: June 3, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

---

| | |
|---|---|
| **IMPERIA TRADING, INC.,** : | |
| : | |
| Plaintiff, : | |
| : | Court No. 15-00142 |
| v. : | |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Defendant. : | |

---

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in this action, is dismissed with prejudice.

Dated: June 4, 2021                    Clerk, U. S. Court of International Trade

By: /S/  Geoffrey Goell
              Deputy Clerk